IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:11-cv-21994-JAL

NATIONAL FAIR HOUSING ALLIANCE, INC.,
and COALITION FOR INDEPENDENT LIVING OPTIONS, INC.,

    Plaintiffs,

vs.

CORNERSTONE GROUP DEVELOPMENT
CORPORATION, ET AL.

    Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Karla Gilbride, Consent to Designation, and Request to electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Karla Gilbride may appear and participate in this action on behalf of Plaintiffs, National Fair Housing Alliance, Inc. and Coalition for

Independent Living Options. The Clerk shall provide electronic notification of all electronic filings to Karla Gilbride, at kgilbride@findjustice.com.

DONE AND ORDERED in Chambers at Miami-Dade, Florida, this day of 27, September, 2011.

_____
JOHN J. O'SULLIVAN
United States Magistrate Judge


Copies furnished to:
All Counsel of Record